IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01760-ZLW-MEH

THE MARIANIST PROVINCE OF THE UNITED STATES, INC.,
SOCIETY OF MARY, PROVINCE OF ST. LOUIS and at other times,
RONCALLI HIGH SCHOOL,

    Plaintiff,

v.

ACE USA, a Pennsylvania Corporation, and affiliated Insurer
INSURANCE COMPANY OF NORTH AMERICA ("INA"), a Pennsylvania corporation,

    Defendants.

---

ORDER

---

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

DATED at Denver, Colorado, this  3rd  day of September, 2008.

                BY THE COURT:

                *Zita L. Weinshienk* (signature)
                ZITA L. WEINSHIENK, Senior Judge
                United States District Court