IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01760-WYD-MEH

THE MARIANIST PROVINCE OF THE UNITED STATES, INC.,
SOCIETY OF MARY, PROVINCE OF ST. LOUIS, and at other times
RONCALLI HIGH SCHOOL,

      Plaintiffs,

v.

ACE USA, a Pennsylvania corporation, and affiliated insurer
INSURANCE COMPANY OF NORTH AMERICA (INA), a Pennsylvania corporation,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 14, 2009.**

      Plaintiff's Motion for a Stay or in the Alternative, an Extension of Time Within Which to Serve the Summons and Complaint and to Stay or Continue the Scheduling Conference [filed April 7, 2009; docket #28] is **granted in part and denied in part**. The Scheduling Conference currently set for April 15, 2009 is **converted** to a Status Conference at which the Plaintiff shall be prepared to discuss the progression of this litigation.