**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | |
|---|---|---|
| Courtroom Deputy: | Robert R. Keech | Date:   April 16, 2009 |
| E.C.R./Reporter: | Therese Lindblom | |

Civil Action No: **08-cv-01760-WYD-MEH**        Counsel:

**THE MARIANISTS PROVINCE OF THE**                William J. Brady
**UNITED STATES, INC.**,

   Plaintiff,

v.

**ACE USA, et al.**,                              No Appearance

   Defendants.

**COURTROOM MINUTES**

**HEARING ON MOTION FOR RECONSIDERATION and HEARING ON EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER**

**11:04 a.m.**   Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

Plaintiff's Motion for Hearing/Conference to Reconsider Magistrate Judge Hegarty's Denial of Request to Seal Record of Today's Proceedings [doc. #35], filed April 15, 2009, and Plaintiff's *Ex Parte* Motion for Temporary Restraining Order [doc. #36], filed April 15, 2009, are raised for argument.

11:06 a.m.   Argument by Plaintiff (Mr. Brady).

Court makes findings.

**ORDERED:**   Plaintiff's Motion for Hearing/Conference to Reconsider Magistrate Judge Hegarty's Denial of Request to Seal Record of Today's Proceedings [doc. #35], filed April 15, 2009, is **DEFERRED subject to the filing of additional materials.**

**ORDERED:**   Plaintiff's *Ex Parte* Motion for Temporary Restraining Order [doc. #36], filed April 15, 2009, is **DEFERRED subject to the filing of additional materials.**

**ORDERED:**   Plaintiff shall file any supplemental materials not later than **Friday, April 24, 2009.**

**11:37 a.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   0:33**