IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01760-WYD-MEH

THE MARIANIST PROVINCE OF THE UNITED STATES, INC., SOCIETY OF MARY, PROVINCE OF ST. LOUIS, and at other times, RONCALLI HIGH SCHOOL,

Plaintiff,

v.

CENTURY INDEMNITY COMPANY in its own capacity and in its capacity as successor to CCI Insurance Company as successor to INSURANCE COMPANY OF NORTH AMERICA,

Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 24, 2009.**

The Stipulated Motion to Amend and file Second Amended Complaint [filed July 23, 2009; docket #57] requesting substitution of the proper party is **granted**.  The Clerk of the Court is directed to file the Second Amended Complaint found at docket #57-2 and to amend the caption accordingly.  Defendant[1] shall file an answer or other response to the Second Amended Complaint in accordance with Fed. R. Civ. P. 15(a).

---

[1]It appears from the record that Defendant Century Indemnity Company has been served. *See* docket #52.