IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01760-WYD-MEH

THE MARIANIST PROVINCE OF THE UNITED STATES, INC.;
SOCIETY OF MARY, PROVINCE OF ST. LOUIS and at other times
RONCALLI HIGH SCHOOL,

    Plaintiffs,

v.

ACE USA, a Pennsylvania corporation, and affiliated Insurer
INSURANCE COMPANY OF NORTH AMERICA ("INA"), a Pennsylvania corporation,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant's Motion for Separate Trials and Discovery, filed January 29, 2010 [#83] is **STRICKEN** with leave to refile in compliance with D.C.COLO.LCivR 7.1A.

    February 1, 2010