IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01760-WYD-MEH

THE MARIANIST PROVINCE OF THE UNITED STATES, INC., SOCIETY OF MARY, PROVINCE OF ST. LOUIS, and at other times, RONCALLI HIGH SCHOOL,

    Plaintiff,

v.

CENTURY INDEMNITY COMPANY in its own capacity and in its capacity as successor to CCI Insurance Company as successor to INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 3, 2010.**

    The second Stipulated Motion to Modify Case Schedule [filed March 2, 2010; docket #89] is **granted in part and denied without prejudice in part**. For good cause shown, the Court will temporarily stay the proceedings in this case to assist the parties in their settlement efforts. During the stay of proceedings, however, Plaintiff shall respond to Defendant's discovery requests identified as Interrogatory No. 10, Request for Production No. 1.d., and Request for Production No. 6 on or before March 12, 2010. In addition, the parties shall conference together and call my Chambers at (303) 844-4507 to obtain a date for a continued settlement conference on or before March 12, 2010. Once a date is scheduled for the continued settlement conference, the parties may re-file their motion to request modification of the Scheduling Order pursuant to D.C. Colo. LCivR 6.1D (providing dates certain for the requested extension) and all other applicable rules.