IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01760-WYD-MEH

THE MARIANIST PROVINCE OF THE UNITED STATES, INC., SOCIETY OF MARY, PROVINCE OF ST. LOUIS, and at other times, RONCALLI HIGH SCHOOL,

    Plaintiff,

v.

CENTURY INDEMNITY COMPANY in its own capacity and in its capacity as successor to CCI Insurance Company as successor to INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

## SUPPLEMENTAL ORDER RE: MOTION FOR PROTECTIVE ORDER

On September 7, 2010, this Court granted in part and denied in part Plaintiff's Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(b)(5)(B) [docket #111]. Consistent with that order, the parties provided the Court with original copies of the challenged documents – the "Burg Simpson Letter," "Noce Email" and "Handwritten Interview Notes" (referred to hereafter as "challenged documents"). The Court has redacted the challenged documents pursuant to its September 7, 2010 and provided the parties with the redacted versions. Therefore, the Defendant shall return or destroy the challenged documents in its possession and file a certificate of compliance with the Court **on or before September 24, 2010**.

SO ORDERED.

Dated at Denver, Colorado, this 21st day of September, 2010.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge