IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01760-WYD-MEH

THE MARIANIST PROVINCE OF THE UNITED STATES, INC., SOCIETY OF MARY, PROVINCE OF ST. LOUIS, and at other times, RONCALLI HIGH SCHOOL,

    Plaintiff,

v.

CENTURY INDEMNITY COMPANY in its own capacity and in its capacity as successor to CCI Insurance Company as successor to INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 1, 2010.**

    Defendant's Unopposed Motion for Clarification [filed September 29, 2010; docket #139] is **granted**. The procedure set forth by the Defendant for sealing the copies of the Burg Simpson letter attached as exhibits to two depositions is sufficient to comply with this Court's September 21, 2010 supplemental order.