IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.** 08-cv-01760-WYD-MEH | **FTR – Courtroom C203** |
| **Date:** October 6, 2010 | Cathy Coomes, Courtroom Deputy |

| | |
|---|---|
| THE MARIANISTS PROVINCE OF THE UNITED STATES, INC., | William J. Brady |
| Plaintiff, | |
| v. | |
| CENTURY INDEMNITY COMPANY, | Christopher S. Clemenson |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:** 3:00 p.m.

The Court calls case. Appearances of counsel.

Argument and discussion regarding Plaintiff's Motion to Compel Discovery (Doc. #123, filed 8/20/10).

**ORDERED:** 1. Plaintiff's Motion to Compel Discovery (Doc. #123, filed 8/20/10) is taken under advisement.

2. The deposition of Ms. Voegele shall take place within the next two weeks as stated on the record. The deposition may be taken by telephone.

3. Mr. Clemenson shall file a status report on **October 21, 2010,** regarding his efforts to obtain the five claims files discussed on the record from 1990 to 1995.

4. Mr. Brady shall file a status report on **October 21, 2010,** regarding the deposition of Ms. Voegele. Mr. Brady shall also provide the Court with a copy of the transcript of the deposition.

5. A Status Conference is set for **October 25, 2010, at 1:30 p.m.**

A separate order will issue regarding the scope of Ms. Voegele's deposition and the information needed by the Court prior to the Status Conference.

Discussion regarding the number of trial dates needed and extending the dispositive motion deadline.

**Court in recess:** 4:20 p.m. (Hearing concluded)
Total time in court: 1:20