IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.** 08-cv-01760-WYD-MEH | **FTR** – Courtroom C203 |
| **Date:** October 25, 2010 | Monique Wiles, Courtroom Deputy |
| | |
| THE MARIANISTS PROVINCE OF THE UNITED STATES, INC., | William J. Brady |
| Plaintiff, | |
| v. | |
| CENTURY INDEMNITY COMPANY, | Christopher S. Clemenson |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**CONTINUED MOTION HEARING**

**Court in session: 1:52 p.m.**

The Court calls case. Appearances of counsel.

Discussion and argument regarding Plaintiff's Motion to Compel Discovery [Doc. No. 123, filed 8/20/10].

**It is ORDERED:** Plaintiff's Motion to Compel Discovery [Doc. No. 123, filed 8/20/10] is **TAKEN UNDER ADVISEMENT.**

The Court will issue a minute order at a later date with it's ruling on the motion in question.

Hearing Concluded.
**Court in recess: 2:38 p.m.**
Total time in court: 00:46

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.