IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01760-WYD-MEH

THE MARIANIST PROVINCE OF THE UNITED STATES, INC., SOCIETY OF MARY, PROVINCE OF ST. LOUIS, and at other times, RONCALLI HIGH SCHOOL,

    Plaintiff,

v.

CENTURY INDEMNITY COMPANY in its own capacity and in its capacity as successor to CCI Insurance Company as successor to INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 28, 2010.**

    Plaintiff's Unopposed Motion to File Deposition Transcript of Eileen Voegele and Exhibit 1 Thereto Under Seal [filed October 22, 2010; docket #150] is **granted**. The Clerk of Court is directed to maintain under seal those documents found at docket #151 until further order of the Court.