# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01760-WYD-MEH

THE MARIANIST PROVINCE OF THE UNITED STATES, INC., SOCIETY OF MARY, PROVINCE OF ST. LOUIS and at other times, RONCALLI HIGH SCHOOL,

    Plaintiff,

v.

CENTURY INDEMNITY COMPANY, in its own capacity and in its capacity as successor to CCI INSURANCE COMPANY, as successor to INSURANCE COMPANY OF NORTH AMERICA,

    Defendants.

---

## STIPULATED MOTION TO DISMISS
---

COME NOW the parties, The Marianist Province of the U.S., Inc. and Century Indemnity Company, by and through their respective counsel, and hereby advise the Court that all claims involving these parties have been resolved by mutual agreement and therefore move to dismiss, with prejudice, their respective claims in the above-captioned matter, with each party to pay its own attorneys' fees and costs.

Respectfully submitted this 15th day of June, 2011.

| GRIMSHAW & HARRING | COZEN O'CONNOR |
|---|---|
| *s/ William J. Brady* | *s/ Christopher S. Clemenson* |
| William J. Brady | Christopher S. Clemenson |
| 1700 Lincoln Street, Suite 3800 | 707 – 17th Street, Suite 3100 |
| Denver CO 80203-4538 | Denver, CO 80202 |
| Telephone: 303-839-3800 | Telephone: 720-479-3900 |
| E-mail: wmjbrady@grimshawharring.com | E-mail: cclemenson@cozen.com |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |