**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-01760-WYD-MEH

THE MARIANIST PROVINCE OF THE UNITED STATES, INC., SOCIETY OF MARY, PROVINCE OF ST. LOUIS and at other times, RONCALLI HIGH SCHOOL,

Plaintiff,
v.
CENTURY INDEMNITY COMPANY, in its own capacity and in its capacity as successor to CCI INSURANCE COMPANY, as successor to INSURANCE COMPANY OF NORTH AMERICA,

Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Parties' Stipulated Motion to Dismiss, and the Court being advised in the premises,

IT IS HEREBY ORDERED that this action is dismissed, with prejudice, each party to bear its own costs and attorney's fees.

Dated: June 16, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge